DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER WESLEY NOURSE**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-213

[August 6, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 2019000305CFAXMX.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***